UNITED STATES DISTICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 8:24-cr-564-KKM-TGW

DANIEL LIBURDI,
JOSEPH SCOTTO,
GREGORY WALKER, and
FRANK CARBONE III
_____/
[OWNER OF RECORD: 269 N. Hibiscus, LLC, a Wyoming Limited Liability
Company]

## GOVERNMENT'S NOTICE OF LIS PENDENS

NOTICE IS HEREBY GIVEN that the above-referenced action was

commenced on December 18, 2024, and is now pending in the United States District

Court for the Middle District of Florida between the parties named in the above-

referenced action.

The United States of America is seeking to forfeit certain real property located

at **269 N. Hibiscus Dr., Miami Beach, Florida 33139**, being the same premises

conveyed to 269 N. Hibiscus, LLC, on September 29, 2023, and recorded on October

10, 2023, in Miami-Dade County, CFN: 20230717462 in Book 33917, Pages 440-

441, including all improvements thereon and appurtenances thereto, the legal

description for which is as follows:

The following described land, situate, lying and being in Miami-Dade,
Florida, to-wit:

The East 40 feet of Lot 26 and the West 1/2 of Lot 27, Block 2, HIBISCUS
ISLAND, according to the Plat thereof, recorded in Plat Book 8, Page 75, of

the Public Records of Miami-Dade County, Florida.

Tax ID: 02-3232-006-0445

The United States seeks forfeiture of the above property pursuant to the provisions of 18 U.S.C. §§ 982(a)(1) and (a)(2)(A).

FURTHER NOTICE IS HEREBY GIVEN that the provisions of 21 U.S.C. § 853(k) prohibit any claimant to the described property from: (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest in the property, except as provided by the provisions of 21 U.S.C. § 853(n), following the entry of any order of forfeiture. Further information concerning this action may be obtained from the records of the Clerk of Court for the United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney


By:    *s/Suzanne C. Nebesky*
       SUZANNE C. NEBESKY
       Assistant United States Attorney
       Florida Bar Number 59377
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602
       (813) 274-6000 – telephone
       E-mail: suzanne.nebesky@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system that will

send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
