United States District Court
Middle District of Florida
Tampa Division

UNITED STATES OF AMERICA,

v.                                                             CASE NO. 8:24-cr-564-KKM-TGW

DANIEL LIBURDI, JOSEPH SCOTTO,
GREGORY WALKER, and
FRANK CARBONE, III,

      *Defendants.*

## Unopposed Motion to Withdraw

Kenneth B. Danielsen Esquire, proceeding under Local Rule 2.02(c), moves to withdraw from representing defendant, Joseph Scotto, in this action.

I certify that the client consents to the withdrawal.

The withdrawal will not result in a person proceeding pro se. Primary defense counsel, Brian H. Bieber, Esquire, shall continue to appear and serve as sole counsel of record for defendant, Joseph Scotto.

The withdrawal will not result in a continuance of a trial.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party has consented to my withdrawal.

_____
Kenneth B. Danielsen Esquire
11 Stewart Ave. First Floor
Huntington, New York 11743
T: (516) 717-0853
Kdanielsen@c-wlaw.com