UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:24-cr-564-KKM-TGW

DANIEL LIBURDI, JOSEPH SCOTTO,
GREGORY WALKER, and FRANK
CARBONE, III,

    Defendants.
_____

## ORDER

At the December 1, 2025 status conference, Defendant Frank Carbone, III, moved to continue the trial scheduled for the February 2026 trial calendar based on the government's recent and voluminous production of discovery. *See* Tr. (Doc. 186) at 20–21, 25–26 (describing the production of the "vast majority of the discovery" at "the end of October and early November," including more than 3,000,000 pages among at least 50 gigabytes of data). Defendant Joseph Scotto does not oppose. *Id.* at 23:23–25. Although Defendant Daniel Liburdi opposes, *id.* at 22:1–23:17, Liburdi's counsel acknowledged that he had recently filed many motions. In Liburdi's estimation, if all motions were resolved in his favor, then he would be prepared to proceed to trial in February. *Id.* at 26:23–27:5.

In the light of the pending defense motions and the factors identified in 18 U.S.C. § 3161(h)(7)(B), I find that the ends of justice outweigh the interests of the defendants and of the public in a speedy trial. Specifically, this is a complex, multi-defendant case in which the government recently produced extensive discovery, several recent defense motions need resolution, and no party has moved to sever. 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(6), and (7)(B)(ii).

The motion to continue is **GRANTED**. The trial is removed from the February 2026 trial term and the scheduling Order governing trial deadlines (Doc. 76) is **VACATED**. The trial is continued to the **June 2026** trial calendar to commence on the date certain of **June 1, 2026**. All time from now through July 6, 2026, is "excludable time" under the Speedy Trial Act. The Court will enter a new scheduling order with trial-related deadlines. A status conference is scheduled for **11:00 a.m. on February 10, 2026**.

In the light of the above ruling, the following motions (Docs. 161, 163, 165, 166, 195, 196) are **DENIED** as moot.

**ORDERED** in Tampa, Florida, on December 15, 2025.

*Kathryn Kimball Mizelle*
Kathryn Kimball Mizelle
United States District Judge